IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ULYSSES T. WARE
and similarly situated inmates in
DCU-I (U.S. Penitentiary) (Atlanta),

   Petitioner,

     v.

DARLEEN DREW
WARDEN, et al.,

   Respondent.

CIVIL ACTION FILE
NO. 1:13-CV-1704-TWT

## ORDER

This is a pro se habeas corpus action by a federal prisoner. It is before the Court on the Report and Recommendation [Doc. 14] of the Magistrate Judge recommending dismissing the action. The Petitioner's Objections to the Report and Recommendation make no sense. The Court approves and adopts the Report and Recommendation as the judgment of the Court. This action is DISMISSED.

SO ORDERED, this 24 day of October, 2013.

/s/Thomas W. Thrash
THOMAS W. THRASH, JR.
United States District Judge

T:\ORDERS\13\Ware\13cv1704\r&r.wpd